UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE RUBEN B. BROOKS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06CR2353-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING JOINT |
| v. | ) | MOTION TO REMOVE GPS |
| | ) | MONITORING EQUIPMENT |
| | ) | |
| FERNANDO OSUNA, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby **ORDERED** that the GPS monitoring requirement currently in place as to the above-named defendant be terminated.

Dated: March 19, 2007

RUBEN B. BROOKS
U.S. Magistrate Judge