PS 8
(8/88)

# United States District Court

for

## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. OSUNA-HERNANDEZ, FERNANDO
BKG # 95431-198

Docket No. 06CR02353-002

### Petition for Action on Conditions of Pretrial Release

Comes now Eleonor Ruiz Pretrial Services Officer presenting an official report upon the conduct of defendant OSUNA-HERNANDEZ, FERNANDO who was placed under pretrial release supervision by the Honorable Ruben B. Brooks sitting in the court at San Diego, on the September 14, 2006, under the following conditions:

Restrict travel to State of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; and Submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; execute a personal appearance bond in the amount of $75K secured by a trust deed to the United States. On January 11, 2007, Judge Brooks added the condition of Global Positioning System (GPS) satellite monitoring program with passive monitoring as directed by the PSO. On March 19, 2007, Judge Brooks deleted the condition of GPS. On August 14, 2007, Judge Brooks modified the bond to a $75K personal appearance bond, co-signed by the defendant's aunt & uncle.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1.) Condition Violated: Not commit a federal, state, or local crime during the period of release.

On January 7, 2008, the defendant was found in violation of 21 USC 952, 960, Importation of a Controlled Substance, as evidenced by the Complaint, dated January 9, 2008.

Grounds for Violation: On January 10, 2008, I received and reviewed the Complaint (#08MJ0067-003), dated January 9, 2008. The report indicates that on January 7, 2008, the defendant, the driver of a Ford F-150, was stopped by U.S. Border Patrol agents. Eight packs of marijuana weighting approximately 362.1 pounds were found in the area were the defendant had previously stopped in the Ford F-150.

PRAYING THAT THE COURT WILL CITE THE DEFENDANT TO APPEAR FOR AN ORDER TO CAUSE HEARING ON JANUARY 28, 2008, AT 2:00 P.M.

ORDER OF COURT

Considered and ordered this 10th day of January, 2008 and ordered filed and made a part of the records in the above case.

U. S. District Judge M. James Lorenz

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/10/08

Respectfully,

Eleonor Ruiz, U.S. Pretrial Services Officer

Place   San Diego, California

Date    01/10/08