UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06CR2353-L |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING |
| v. | ) | SENTENCING HEARING DATE |
| FERNANDO OSUNA, | ) | |
| Defendant. | ) | |

It is hereby **ORDERED** that the sentencing hearing date in this case be continued from the current date of April 20, 2009, at 8:30 a.m., to May 18, 2009, at 8:30 a.m.

DATED: April 17, 2009

_____
M. James Lorenz
United States District Court Judge